No. 971. SANFORD *v.* BOARD OF PRISON, TERMS, AND PAROLES. March 30, 1942. Petition for writ of certiorari to the Supreme Court of the State of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *Norman J. Sanford, pro se.*

No. 978. PENNSYLVANIA EX REL. MAURICE *v.* SMITH, WARDEN, ET AL. March 30, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Alfred Maurice, pro se.*

No. 919. FIFTH AVENUE BANK, TRUSTEE, *v.* UNITED STATES. March 30, 1942. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frederick L. Pearce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark*, and *Mr. J. Louis Monarch* and *Mrs. Elizabeth B. Davis* for the United States.